961 F.2d 1568
 Martin (James L.)
v.
Sparks (Gilchrist), Vinton (Brock J.), Kraus (William),
Collins (Clarkson), McKinstry (James T.), Herndon (Randolph
K.), Knox (Julie), Nau (Ronald), Supreme Court of DE, Moore
(Honorable Andrew G. T.), Walsh (Honorable Joseph T.),
Holland (Honorable Randy), Santoro (Anthony J.), Hemphill
(Dorothy), Widener University School of Law
 NO. 91-3596
 United States Court of Appeals,
Third Circuit.
 Apr 02, 1992
 
 Appeal From: E.D.Pa.,
 Huyett, J.
 
 
 1
 AFFIRMED.